UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MAGISTRATE ACTION NO. C-05-394 |
| | § | |
| MARIA CONCEPCION GALAVIZ; aka | § | |
| MAXIS BALAUIZ, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

There is a serious risk that the defendant will not appear for court as required. The evidence against the defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report, supplemented by the testimony of the defendant's daughter, are adopted. The defendant, a resident alien, faces deportation if convicted and she has not presented sufficient sureties to secure her appearance for trial. This issue will be reconsidered if defendant can produce an appropriate co-surety

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility

shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 7th day of July, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE